IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOHNNY INGRAM,

    Plaintiff,

v.                                        CASE NO. 1:04-cv-00440-MP-AK

JO ANNE B BARNHART,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 16, Report and Recommendation of the Magistrate Judge, recommending that the decision of the Commissioner, denying benefits, be affirmed. The time for filing objections has passed, and none have been filed. The Court agrees that the Administrative Law Judge properly found the plaintiff's pain testimony not credible because of information from doctors about pain exaggeration, the Administrative Law Judge properly explained there was good cause for refusing to accept treating physician's assessments due to conflicting information, and the Administrative Law Judge properly found that plaintiff retained the ability to perform a significant number of jobs. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. The decision of the Magistrate Judge, denying benefits is affirmed, and the clerk is directed to close the file.

**DONE AND ORDERED** this *22nd* day of September, 2006

                                   *s/Maurice M. Paul*
                              Maurice M. Paul, Senior District Judge